| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Heriberto Torres Torres aka Heriberto Torres Torres |
| Debtor 2 (Spouse, if filing) | Sylvia Martina Torres |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA (State) |
| Case number | 19-11405 |

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.**

**Name of creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper     **Court claim no.** (if known): 8

**Last 4 digits of any number you use to identify the debtor's account:** 7251

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | 06/14/2019 POC | (5) | $ 300.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify: | | (10) | $ |
| 11. | Other. Specify: 410 Form Preparation and Review Fee | 06/17/2019 | (11) | $ 250.00 |
| 12. | Other. Specify: Mailing of POC | 06/14/2019 | (12) | $ 4.35 |
| 13. | Other. Specify: | | (13) | $ |
| 14. | Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Heriberto Torres Torres aka Heriberto Torres Torres | Case number (if known) | 19-11405 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗

/s/ Jennifer C. Wong
Attorney For Creditor

Date  08/15/2019

**Print:** Jennifer C. Wong, Esq.
First Name   Middle Name   Last Name

Title  Attorney for Creditor

Company  McCarthy & Holthus, LLP

Address  411 Ivy Street
Number   Street
San Diego, CA 92101
City State ZIP Code

Contact phone  877-369-6122

Email  bknotice@mccarthyholthus.com

1  JaVonne M. Phillips, Esq. SBN 187474
2  Jennifer C. Wong, Esq. SBN 246725
   **McCarthy & Holthus, LLP**
3  411 Ivy Street
   San Diego, CA 92101
4  Phone (877) 369-6122
5  Fax (619) 685-4811

6  Attorneys for
7  Nationstar Mortgage LLC d/b/a Mr. Cooper, its assignees and/or successors

8

9              UNITED STATES BANKRUPTCY COURT
10             EASTERN DISTRICT OF CALIFORNIA
11                    FRESNO DIVISION

12
13 In re:                                      ) Case No. 19-11405
                                               )
14 Heriberto Torres Torres aka Heriberto       )
15 Torres Torres                               ) Chapter 13
   Sylvia Martina Torres,                      )
16                                             )
17         Debtors.                            )
                                               )
18                                             ) **PROOF OF SERVICE**
19                                             )
20                                             )
21                                             )
22                                             )
23                                             )
24                                             ) Judge: Rene Lastreto, II
25                                             )
26                                             )
27 _____    )

28

29

                                1                File No. CA-19-154146/ Case No. 19-11405
                                                                         Proof of Service

# CERTIFICATE OF SERVICE

On 8/15/2019, I served the foregoing **NOTICE OF POSTPETITION FEES, EXPENSES, AND CHARGES** on the following individuals by electronic means through the Court's ECF program and pursuant to LBR 7005-1(d)(1) and FRCivP5

**TRUSTEE**
Michael H. Meyer
cvinson@meyer13.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Salvador Arroyo
Salvador Arroyo

On 8/15/2019, I served the foregoing **NOTICE OF POSTPETITION FEES, EXPENSES, AND CHARGES** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR(S)**
Heriberto Torres Torres, 15919 W Sunset Ave, Kerman, CA 93630

Sylvia Martina Torres, 15919 W Sunset Ave, Kerman, CA 93630

**DEBTOR(S) COUNSEL**
Peter B. Bunting, 2304 W Shaw Ave Ste 103, Fresno, CA 93711

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 8/15/2019     /s/ Hue Banh
Hue Banh